IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



UNITED STATES OF AMERICA

v.   CRIMINAL NO.:  3:18cr261-HTW-LRA

SAVANNAH GALVAN
A.K.A. SAVANNAH GUERRERO

## GOVERNMENT'S MOTION TO UNSEAL

COMES NOW the United States of America, hereinafter "the Government", requesting that the above styled matter be unsealed and represents the following:

Revealing the existence of the indictment at this time would not jeopardize law enforcement agents and would assist in the prosecution of the case.

WHEREFORE, the Government requests that the Court UNSEAL the above styled matter.

RESPECTFULLY SUBMITTED, this the 18th day of December, 2018.

Respectfully submitted,

D. MICHAEL HURST, JR.
UNITED STATES ATTORNEY

By: s/*Kevin J. Payne*
Kevin J. Payne
Special Assistant U.S. Attorney
MSB No. 100104